THE STATE OF KANSAS, *Appellee*, v. S. B. S. WILSON, *Appellant*.

No. 16,762.

Appeal from Johnson district court; JABEZ O. RANKIN, judge.   Opinion filed April 9, 1910.   Affirmed.

*S. J. Shively,* for the appellant.

*Fred S. Jackson,* attorney-general, and *C. B. Little,* county attorney, for the appellee; *C. W. Gorsuch,* and *H. L. Burgess,* of counsel.

*Per Curiam:* This case might properly be dismissed for the reason that the alleged transcript of the record is not so certified

as to show that it is a true copy of the record. Assuming, however, that it is a true transcript, we have examined it as to all the errors assigned, and do not find any substantial or prejudicial error in the proceedings of the court.

The judgment is therefore affirmed.